IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-CR-82 (DF) |
| | VIOLATION(S): Firearms Related |
| **DARRELL GREG WINN,** | |
| Defendant | |

## ORDER DENYING MOTION TO REDUCE BOND

Defendant **DARRELL GREG WINN** has moved the court to reconsider the amount of bond heretofore imposed upon him by the undersigned, to-wit: $25,000.00 - 10%. He has filed an **MOTION TO REDUCE BOND.** Tab #17.

Upon careful consideration of defendant's request and a review of the PRETRIAL SERVICES REPORT dated October 4, 2005, prepared by the U. S. Probation Office, I find that the bond heretofore set for defendant WINN is appropriate and decline to alter the conditions imposed upon him on October 4, 2005. Accordingly, his motion is **DENIED**.

SO ORDERED AND DIRECTED, this 16th day of DECEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE